**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**CENTRAL ISLIP DIVISION**

| | |
|---|---|
| In Re: | Case No. 8-17-70941-reg |
| Joanne M. Hamilton | Chapter 13 |
| Debtor. | Judge Robert E. Grossman |

**WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE (Doc. 21)**

U.S. Bank Trust National Association, as Trustee of Cabana Series III Trust ("Creditor"), by and through their undersigned agent, hereby gives notice of a Withdrawal of the Notice of Mortgage Payment Change (Doc. 21).

    Respectfully Submitted

    /s/ D. Anthony Sottile
    D. Anthony Sottile
    Authorized Agent for Creditor
    Sottile & Barile, LLC
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com

## CERTIFICATE OF SERVICE

I certify that on August 11, 2020, a copy of the foregoing Withdrawal was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Adam C. Gomerman, Debtor's Counsel
    agomerman@optonline.net

    Michael J. Macco, Chapter 13 Trustee
    ecf@maccolaw.com

    Office of the United States Trustee
    ustpregion02.li.ecf@usdoj.gov

I further certify that on August 11, 2020, a copy of the foregoing Withdrawal was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Joanne M. Hamilton, Debtor
    28 Seymour Lane
    Hicksville, NY 11801

                                        /s/ D. Anthony Sottile
                                        D. Anthony Sottile
                                        Authorized Agent for Creditor
                                        Sottile & Barile, LLC
                                        394 Wards Corner Road, Suite 180
                                        Loveland, OH 45140
                                        Phone: 513.444.4100
                                        Email: bankruptcy@sottileandbarile.com